# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bethann Brannigan-Sobon<br>                    Debtor | CHAPTER 13<br><br>BKY. NO. 18-13855 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734