## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| BETHANN BRANNIGAN-SOBON, | : CASE NO. 18-13855-MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| BETHANN BRANNIGAN-SOBON, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 12 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on September 11, 2018, by:

**18-13855-MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Robert N. Braverman at robert@bravermanlaw.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

**18-13855-MDC Notice will not be electronically mailed to:**

EXECUTED ON: September 11, 2018

                         Respectfully submitted by,

            By:    /s/ Jim Peavler
                     Counsel
                     PA Department of Revenue
                     Office of Chief Counsel
                     Dept. 281061
                     Harrisburg, PA 17128-1061
                     PA I.D.  320663
                     Phone:  717-787-2747
                     Facsimile:  717-772-1459
                     jpeavler@pa.gov