# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-13855-MDC

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BETHANN BRANNIGAN-SOBON

    2219 FULLER STREET

    PHILADELPHIA, PA 19152

**Counsel for debtor(s), by electronic notice only.**
    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1060 N. KINGS HIGHWAY  SUITE 333
    CHERRY HILL, NJ 08034-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 9/11/2018

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee