## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bethann Brannigan-Sobon<br>　　　　　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1<br>　　　　　　　　　Movant<br>　　vs. | NO. 18-13855 MDC |
| Bethann Brannigan-Sobon　Debtor | 11 U.S.C. Sections 362 and 1301 |
| Matthew M. Sobon Jr.　Co-Debtor | |
| William C. Miller Esq.　Trustee | |

### ANSWER TO MOTION

Bethann Brannigan-Sobon, Debtor, by way of Answer to the Motion of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1, for Relief from the Automatic Stay Under Section 362 and the Co-Debtor Stay Under Section 1301, through her attorneys, the LAW OFFICE OF ROBERT BRAVERMAN, LLC, states:

　　　1.　Admitted.

　　　2.　Admitted.

　　　3.　Admitted.

　　　4.　Admitted.

　　　5.　Neither admitted nor denied.

　　　6.　Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Admitted.

11. Denied.

12. Denied.

13. Admitted.

WHEREFORE, it is requested that motion for relief be denied.

                                        LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                        Attorneys for Debtor,

                                        By:   /s/ Robert N. Braverman
DATED: 11/19/18                            ROBERT N. BRAVERMAN, ESQ.