## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | Bkrtcy. Case #18-13855/mdc |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

I, KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On September 12, 2018, I electronically filed with the Bankruptcy Court debtor's First Amended Chapter 13 Plan.

3. On December 3, 2018, I forwarded to all parties in interest (See Service List) a copy of debtor's Amended Chapter 13 Plan together with the attached transmittal letter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    December 3, 2018

/s/ Kathy Brocious
KATHY BROCIOUS

# Law Office Of
# Robert Braverman, LLC
### Attorney At Law

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115    Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
   American Board of Certification
   Consumer Bankruptcy Law
# BOARD CERTIFIED –
   American Board of Certification
   Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

December 3, 2018

To All Parties on Attached Service List

RE:    **BETHANN BRANNIGAN-SOBON – Bkrtcy. Case #18-13855/mdc**

Dear Sir/Madam:

I enclose for you a copy of debtor's Amended Chapter 13 Plan filed with the Court. It has been served upon you because **the Amended Chapter 13 Plan contains information that may affect your interest adversely**. Specifically, the changes are as follows:

   Change in Plan payments;
   Change to arrearage and amount to be paid to U.S. Bank c/o Select Portfolio;
   Inclusion of Commonwealth of PA claim amount to be paid;
   Unsecured claims to be paid 100%

The Confirmation Hearing has been scheduled for **January 24, 2019 @ 9:30 am. Objections** to any relief sought in the Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

/s/  Robert N. Braverman

ROBERT N. BRAVERMAN

RNB/kb
Enclosure

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Bethann Brannigan-Sobon
2219 Fuller Street
Phila., PA 19152-2805

Philadelphia Gas Works
Attn: John J. Lepera, Collection Clerk
800 Montgomery Avenue, 3rd Floor
Phila., PA 19122

LVNV Funding c/o
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Police & Fire Federal Credit Union
Attn: Frank X. Cantwell, Bkrtcy Rep.
3333 Street Road
Bensalem, PA 19020

Police & Fire Federal Credit Union
Attn: Anthony Furia, Senior Collector
901 Arch Street
Phila., PA 19107-2404

PA Dept. of Revenue
Attn: Jennifer A. Crumling, Bk. Division
PO Box 280946
Harrisburg, PA 17128-0946

PA Dept. of Revenue
Attn: Nicole Amolsch, Chief
4th & Walnut Streets
Harrisburg, PA 17128-0946

U.S. Bank c/o Select Portfolio Svcing, Inc.
Rebecca Ann Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

U.S. Bank NA – Headquarters
Attn: David N. Sceva, Regional Chairman
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Bank c/o Select Portfolio Svcing, Inc.
Attn: Bankruptcy Dept.
PO Box 65250
Salt Lake City, UT 84165-0250

PECO Energy Company
Attn: Lisa R. Holland, Business Analyst
2301 Market Street, S4-1
Phila., PA 19101

PECO Energy Company
PO Box 13439
Phila., PA 19101-3439

City of Philadelphia
Attn: Pam Elchert, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

City of Philadelphia
Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

City of Philadelphia
Parking Violations Branch
PO Box 41818
Phila., PA 19101-1818

ATI Physical Therapy
110 S. Christopher Columbus Blvd.
Phila., PA 19147-5513

CitiFinancial c/o
Midland Credit Mgmt., Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Citizens / Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

Open MRI
Attn: Linda Ciocco, Billing Administrator
7713 Crittenden Street
Phila., PA 19118-4421

Penn Credit Corp
916 S. 14th Street
Harrisburg, PA 17104-3425

Wells Fargo Card Services c/o
Janet Ivers, Collection Mgr.
PO Box 9210
Des Moines, IA 50306-9210