IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| BETHANN BRANNIGAN-SOBON, | : CASE NO. 18-13855-MDC |
| | : |
| <u>DEBTORS</u> | : WITHDRAWAL OF OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| MOVANT | : |
| V. | : |
| BETHANN BRANNIGAN-SOBON, | : |
| | : RELATED TO DOCKET NO. 23 |
| RESPONDENT | : |

<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S WITHDRAWAL OF OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13
PLAN</u>

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading a Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on December 4, 2018, by:

**18-13855-MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Robert Neil Braverman at robert@bravermanlaw.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

**18-13855-MDC Notice will not be electronically mailed to:**

EXECUTED ON:  December 4, 2018

                              Respectfully submitted by,

                              By:     /s/ Jim Peavler
                              Deputy Chief Counsel
                              PA Department of Revenue
                              Office of Chief Counsel
                              Dept. 281061
                              Harrisburg, PA 17128-1061
                              PA I.D.  320663
                              Phone:  717-787-2747
                              Facsimile:  717-772-1459
                              jpeavler@pa.gov