## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:              :        CHAPTER 13

BETHANN BRANNIGAN-SOBON,        :        Bkrtcy. Case #18-13855/mdc

    Debtor.                    :        **CERTIFICATE OF SERVICE**
                                    **(Second Amended Plan)**

I, KATHY BROCIOUS, of full age, certifies as follows:

1.        I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2.        On December 27, 2018, I electronically filed with the Bankruptcy Court debtor's Second Amended Chapter 13 Plan to correct the City of Philadelphia Water claim.

3.        On December 27, 2018, I forwarded to Pamela Elchert Thurmond, Esquire, Deputy City Solicitor for the City of Philadelphia at 1401 JFK Blvd., 5th Floor, Phila., PA, 19101-1595 a copy of debtor's Second Amended Chapter 13 Plan together with the attached transmittal letter, via regular mail, postage paid thereon and via e-mail.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


                                    /s/  Kathy Brocious
DATED:        December 27, 2018        KATHY BROCIOUS

*Law Office Of*

# Robert Braverman, LLC

### Attorney At Law

*1060 N. Kings Highway, Suite 333*
*Cherry Hill, NJ 08034*
Email: robert@bravermanlaw.com
*Telephone (856) 348-0115   Facsimile (856) 414-1230*

Robert N. Braverman *•#

* Also Member of PA Bar
• BOARD CERTIFIED –
   American Board of Certification
   Consumer Bankruptcy Law
# BOARD CERTIFIED –
   American Board of Certification
   Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

December 27, 2018

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor – Philadelphia
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

RE:   **BETHANN BRANNIGAN-SOBON – Bkrtcy. Case #18-13855/mdc**

Dear Ms. Thurmond:

I enclose for you a copy of debtor's Second Amended Chapter 13 Plan filed with the Court.  It has been served upon you because **the Second Amended Chapter 13 Plan contains information that may affect your interest adversely**.  Specifically, the changes are as follows:

> City of Philadelphia, Water Revenue Bureau moved from priority to secured claim;
> Correct amount to be paid to City of Phila., Water Revenue Bureau is $655.36

The Confirmation Hearing has been scheduled for **January 24, 2019 @ 9:30 am**.  **Objections** to any relief sought in the Second Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

*/s/  Robert N. Braverman*

ROBERT N. BRAVERMAN

RNB/kb
Enclosure