*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bethann Brannigan−Sobon
    Debtor(s)

Case No: 18−13855−mdc
Chapter: 13

---

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED**
Motion for Relief from Stay In Re: 2219 Fuller Street, Philadelphia, PA 19152., in addition to Motion for Relief from Co−Debtor Stay Re: Matthew M. Sobon Jr. Filed by U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006−WMC1 Asset Backed Pass−Through Certificates, Series 2006−WMC1 Represented by REBECCA ANN SOLARZ

on: 2/19/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/4/19

Timothy B. McGrath
Clerk of Court

39 − 19
Form 167