United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-13855-mdc
Bethann Brannigan-Sobon                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 2              Date Rcvd: Feb 04, 2019
                              Form ID: 167              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.
```
db            +Bethann Brannigan-Sobon,   2219 Fuller Street,   Philadelphia, PA 19152-2805
14119978      +ATI Physical Therapy,   1100 S Christopher Columbus Blvd, #25,   Philadelphia, PA 19147-5513
14119980      +Citizens/Convergent Outsourcing,   PO Box 9004,   Renton, WA 98057-9004
14119981       City of Phila./Water Revenue Bureau,   PO Box 41496,   Philadelphia, PA 19101-1496
14119984       Matthew Sobon,   2219 Fuller Street,   Philadelphia, PA 19152-2805
14119985      +Open MRI,   Linda Ciocco, Billing Administrator,   7713 Crittenden Street,
               Philadelphia, PA 19118-4421
14119986      +PECO Energy Co.,   PO Box 13439,   Philadelphia, PA 19101-3439
14119987     #+Penn Credit Corporation,   916 S 14th Street,   Harrisburg, PA 17104-3425
14119988      +Philadelphia Gas Works,   800 Montgomery Avenue, 3rd Floor,   Attn: Bankruptcy Department,
               Philadelphia, PA 19122-2898
14171356      +Police and Fire Federal Credit Union,   3333 Street Road,   Bensalem, Pa. 19020-2022
14119989      +Police and Fire Federal Credit Union,   Anthony Furia, Senior Collector,   901 Arch St,
               Philadelphia, PA 19107-2404
14171355       Police and Fire Federal Credit Union,   901 Arch Street,   Bensalem, Pa.   19020
14166740      +Robert N. Braverman, Esquire,   Law Office of Robert Braverman, LLC,
               1060 N. Kings Hwy., Suite #333,   Cherry Hill, NJ 08034-1910
14119992      +Select Portfolio Servicing,   c/o Rebecca A. Solarz, Esquire,   KML Law Group, PC,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14119993      +US Bank/JP Morgan Chase,   c/o KML Law Group, PC,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14119994      +Wells Fargo Card Services,   c/o Janet Ivers, Collections Manager,   PO Box 9210,
               Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14236170       E-mail/Text: megan.harper@phila.gov Feb 05 2019 02:45:46     City of Philadelphia,
               Law Department  Tax & Revenue Unit,   Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14119982       E-mail/Text: megan.harper@phila.gov Feb 05 2019 02:45:47     City of Philadelphia,
               Law Department - Tax Unit,   One Parkway Building,   1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
14119979      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2019 02:45:34     CitiFinancial,
               c/o Midland Credit Management, Inc,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
14119983      +E-mail/Text: bankruptcy@philapark.org Feb 05 2019 02:45:51     City of Philadelphia,
               Parking Violations Branch,   PO Box 41818,   Philadelphia, PA 19101-1818
14170203       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2019 02:50:15
               LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
               Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14183053      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 05 2019 02:45:23     PECO Energy Company,
               2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
14177000       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2019 02:45:32
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
14119991      +E-mail/Text: jennifer.chacon@spservicing.com Feb 05 2019 02:45:53
               Select Portfolio Servicing, Inc,   Bankruptcy Department,   PO Box 65250,
               Salt Lake City, UT 84165-0250
14182523       E-mail/Text: jennifer.chacon@spservicing.com Feb 05 2019 02:45:53     U.S. Bank N.A.,
               c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14119990*     +Police and Fire Federal Credit Union,   Anthony Furia, Senior Collector,   901 Arch Street,
               Philadelphia, PA 19107-2404
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2          User: Eileen                Page 2 of 2                  Date Rcvd: Feb 04, 2019
                              Form ID: 167                Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates,
               Series 2006-WMC1 bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann   Brannigan-Sobon robert@bravermanlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bethann Brannigan−Sobon
    Debtor(s)

Case No: 18−13855−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED**
Motion for Relief from Stay In Re: 2219 Fuller Street, Philadelphia, PA 19152., in addition to Motion for Relief from Co−Debtor Stay Re: Matthew M. Sobon Jr. Filed by U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006−WMC1 Asset Backed Pass−Through Certificates, Series 2006−WMC1 Represented by REBECCA ANN SOLARZ

on: 2/19/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/4/19

Timothy B. McGrath
Clerk of Court

39 − 19
Form 167