## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | **NOTICE OF APPLICATION FOR COMPENSATION AND** |
| | : | **REIMBURSEMENT OF EXPENSES** |

TO:    All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

1. Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtor in the within proceedings for the period January 24, 2018 through February 14, 2019, in the amount of $3,500.00 in compensation ($1,500.00 previously received, $2,000.00 through Plan) and $310.00 for costs ($310.00 previously received).

2. The debtor paid to the Applicant the sum of $1,500.00 as a retainer prior to the filing of the Voluntary Petition.

3. Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

4. In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

                                                        LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                        Attorneys for Debtor,

                                                        By: /s/ Robert N. Braverman
DATED:    February 18, 2019                            ROBERT N. BRAVERMAN, ESQUIRE

Bethann Brannigan-Sobon
Matthew Sobon
2219 Fuller Street
Phila., PA 19152-2805

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

U.S. Bank c/o
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106

Commonwealth of PA, Dept. of Revenue
c/o Jim Peavler, Counsel
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061

CitiFinancial c/o
Midland Credit Mgmt., Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Select Portfolio Servicing c/o
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106

Citizens/Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

City of Phila., Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

Open MRI
Attn: Linda Ciocco, Billing Admin.
7713 Crittenden Street
Phila., PA 19118-4421

City of Phila, - Parking Violations Branch
PO Box 41818
Phila., PA 19101-1818

PECO Energy Company
PO Box 13439
Phila., PA 19101-3439

Penn Credit Corporation
916 S. 14th Street
Harrisburg, PA 17104-3425

Police & Fire Federal Credit Union
Attn: Anthony Furia, Senior Collector
901 Arch Street
Phila., PA 19107-2404

Wells Fargo Card Services
Attn: Janet Ivers, Collections Manager
PO Box 9210
Des Moines, IA 50306-9210

Philadelphia Gas Works
Attn: Bankruptcy Dept.
800 Montgomery Avenue, 3rd Floor
Phila., PA 19122

LVNV Funding, LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Police & Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020

Pennsylvania Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

U.S. Bank, N.A. c/o
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

PECO Energy Company
2301 Market Street, S4-1
Phila., PA 19101

City of Phila., Law Dept., Tax Unit
Bankruptcy Group – Marissa O'Connell
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

ATI Physical Therapy
1100 S. Christopher Columbus Blvd., #25
Phila., PA 19147-5513