## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On February 18, 2019, I electronically filed with the U.S. Bankruptcy Court an Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3. On or about February 18, 2019, I forwarded to all parties in interest (See Service List) a copy of the Notice of Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    February 18, 2019

/s/ Kathy Brocious
KATHY BROCIOUS

Bethann Brannigan-Sobon
Matthew Sobon
2219 Fuller Street
Phila., PA 19152-2805

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

U.S. Bank c/o
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106

Commonwealth of PA, Dept. of Revenue
c/o Jim Peavler, Counsel
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061

CitiFinancial c/o
Midland Credit Mgmt., Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Select Portfolio Servicing c/o
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106

Citizens/Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

City of Phila., Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

Open MRI
Attn: Linda Ciocco, Billing Admin.
7713 Crittenden Street
Phila., PA 19118-4421

City of Phila, - Parking Violations Branch
PO Box 41818
Phila., PA 19101-1818

PECO Energy Company
PO Box 13439
Phila., PA 19101-3439

Penn Credit Corporation
916 S. 14th Street
Harrisburg, PA 17104-3425

Police & Fire Federal Credit Union
Attn: Anthony Furia, Senior Collector
901 Arch Street
Phila., PA 19107-2404

Wells Fargo Card Services
Attn: Janet Ivers, Collections Manager
PO Box 9210
Des Moines, IA 50306-9210

Philadelphia Gas Works
Attn: Bankruptcy Dept.
800 Montgomery Avenue, 3rd Floor
Phila., PA 19122

LVNV Funding, LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Police & Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020

Pennsylvania Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

U.S. Bank, N.A. c/o
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

PECO Energy Company
2301 Market Street, S4-1
Phila., PA 19101

City of Phila., Law Dept., Tax Unit
Bankruptcy Group – Marissa O'Connell
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

ATI Physical Therapy
1100 S. Christopher Columbus Blvd., #25
Phila., PA 19147-5513