## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                    :          CHAPTER 13

BETHANN BRANNIGAN-SOBON,              :          CASE #18-13855/MDC

     Debtor.                       :          Hearing Date: 03/21/2019 @ 11:00 am

## NOTICE OF MOTION SEEKING ORDER MODIFYING
## CHAPTER 13 PLAN, POST-CONFIRMATION

TO:    All Parties in Interest (See Service List)

Debtor, Bethann Brannigan-Sobon, has filed papers with the Court seeking to modify the

Chapter 13 Plan, Post Confirmation in the above entitled matter.  **Your rights may be affected.**

**You should read these papers carefully and discuss them with your attorney, if you have**

**one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider

your views on the Motion then on or before **March 14, 2019**, you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written

response, an answer, explaining your position at the U.S. Bankruptcy Court, Robert N.C. Nix

Building, 900 Market Street, Philadelphia, PA 19107.  If you mail your response to the Court for

filing, you must mail it early enough so the Court will **receive** it on or before the date stated

above.  You must also mail a copy to:

        Robert N. Braverman, Esquire
        LAW OFFICE OF ROBERT BRAVERMAN, LLC
        1060 N. Kings Hwy., Suite 333
        Cherry Hill, NJ 08034

Attend the hearing scheduled to be held on **March 21, 2019 @ 11:00 am in Courtroon**

**#2, U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Phila., PA 19107.**

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the motion or objection and may enter an order granting that relief.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,


By: /s/ Robert N. Braverman
DATED:        February 19, 2019        ROBERT N. BRAVERMAN, ESQUIRE

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Bethann Brannigan-Sobon
Matthew Sobon
2219 Fuller Street
Phila., PA 19152-2805

Philadelphia Gas Works
Attn: John J. Lepera, Collection Clerk
800 Montgomery Avenue, 3rd Floor
Phila., PA 19122

LVNV Funding c/o
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Police & Fire Federal Credit Union
Attn: Frank X. Cantwell, Bkrtcy Rep.
3333 Street Road
Bensalem, PA 19020

Police & Fire Federal Credit Union
Attn: Anthony Furia, Senior Collector
901 Arch Street
Phila., PA 19107-2404

PA Dept. of Revenue
Attn: Jennifer A. Crumling, Bk. Division
PO Box 280946
Harrisburg, PA 17128-0946

PA Dept. of Revenue
Attn: Nicole Amolsch, Chief
4th & Walnut Streets
Harrisburg, PA 17128-0946

U.S. Bank c/o Select Portfolio Svcing, Inc.
Rebecca Ann Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

U.S. Bank NA – Headquarters
Attn: David N. Sceva, Regional Chairman
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Bank c/o Select Portfolio Svcing, Inc.
Attn: Bankruptcy Dept.
PO Box 65250
Salt Lake City, UT 84165-0250

PECO Energy Company
Attn: Lisa R. Holland, Business Analyst
2301 Market Street, S4-1
Phila., PA 19101

PECO Energy Company
PO Box 13439
Phila., PA 19101-3439

City of Philadelphia
Attn: Pam Elchert, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

City of Philadelphia
Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

City of Philadelphia
Parking Violations Branch
PO Box 41818
Phila., PA 19101-1818

ATI Physical Therapy
110 S. Christopher Columbus Blvd.
Phila., PA 19147-5513

CitiFinancial c/o
Midland Credit Mgmt., Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Citizens / Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

Open MRI
Attn: Linda Ciocco, Billing Administrator
7713 Crittenden Street
Phila., PA 19118-4421

Penn Credit Corp
916 S. 14th Street
Harrisburg, PA 17104-3425

Wells Fargo Card Services c/o
Janet Ivers, Collection Mgr.
PO Box 9210
Des Moines, IA 50306-9210

Jim Peavler, Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061