## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | Hearing Date: 03/21/2019 @ 11:00 am |

### CERTIFICATE OF SERVICE
### (Modified Plan and Notice/Motion to Modify Plan, Post-Confirmation)

Kathy Brocious, of full age, hereby certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC.

2. On February 19, 2019, I electronically filed with the Bankruptcy Court debtor's Modified Chapter 13 Plan.

3. Also, on February 19, 2019, I electronically filed a Motion Seeking Order Modifying Chapter 13 Plan, Post-Confirmation, proposed form of Order, and Notice thereof.

3. On February 20, 2019, I served a copy of the Modified Plan together with the Motion, proposed form of Order, and Notice thereof upon the Chapter 13 Trustee and all interested parties named on the Service List attached via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

/s/ Kathy Brocious
KATHY BROCIOUS

DATED: February 20, 2019

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Bethann Brannigan-Sobon
Matthew Sobon
2219 Fuller Street
Phila., PA 19152-2805

Philadelphia Gas Works
Attn: John J. Lepera, Collection Clerk
800 Montgomery Avenue, 3rd Floor
Phila., PA 19122

LVNV Funding c/o
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Police & Fire Federal Credit Union
Attn: Frank X. Cantwell, Bkrtcy Rep.
3333 Street Road
Bensalem, PA 19020

Police & Fire Federal Credit Union
Attn: Anthony Furia, Senior Collector
901 Arch Street
Phila., PA 19107-2404

PA Dept. of Revenue
Attn: Jennifer A. Crumling, Bk. Division
PO Box 280946
Harrisburg, PA 17128-0946

PA Dept. of Revenue
Attn: Nicole Amolsch, Chief
4th & Walnut Streets
Harrisburg, PA 17128-0946

U.S. Bank c/o Select Portfolio Svcing, Inc.
Rebecca Ann Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

U.S. Bank NA – Headquarters
Attn: David N. Sceva, Regional Chairman
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Bank c/o Select Portfolio Svcing, Inc.
Attn: Bankruptcy Dept.
PO Box 65250
Salt Lake City, UT 84165-0250

PECO Energy Company
Attn: Lisa R. Holland, Business Analyst
2301 Market Street, S4-1
Phila., PA 19101

PECO Energy Company
PO Box 13439
Phila., PA 19101-3439

City of Philadelphia
Attn: Pam Elchert, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

City of Philadelphia
Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

City of Philadelphia
Parking Violations Branch
PO Box 41818
Phila., PA 19101-1818

ATI Physical Therapy
110 S. Christopher Columbus Blvd.
Phila., PA 19147-5513

CitiFinancial c/o
Midland Credit Mgmt., Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Citizens / Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

Open MRI
Attn: Linda Ciocco, Billing Administrator
7713 Crittenden Street
Phila., PA 19118-4421

Penn Credit Corp
916 S. 14th Street
Harrisburg, PA 17104-3425

Wells Fargo Card Services c/o
Janet Ivers, Collection Mgr.
PO Box 9210
Des Moines, IA 50306-9210

Jim Peavler, Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061