# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | |

## CERTIFICATION OF NO RESPONSE
### To Notice of Application for Compensation & Reimbursement of Expenses

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On June 8, 2018, debtor filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On or about February 18, 2019, an Application for Compensation and Reimbursement of Expenses and proposed form of Order, together with Notice thereof were electronically filed with the Clerk of the Bankruptcy Court.

3. On or about February 18, 2019, the aforementioned Notice of Application For Compensation and Reimbursement of Expenses was mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

4. To date, no objections have been received regarding the Notice of Application for Compensation and Reimbursement of Expenses.

5. Consequently, it is respectfully requested that the Application for Compensation and Reimbursement of Expenses be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:    March 13, 2019