## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | Hearing Date: 03/21/2019 @ 11:00 am |

### ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, BETHANN BRANNIGAN-SOBON, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this _21st_ day of _March_, 2019 ORDERED that debtor's Modified Chapter 13 Plan is hereby approved.

_____
HONORABLE MAGDELINE D. COLEMAN, USBJ