United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 18-13855-mdc
Bethann Brannigan-Sobon                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db             +Bethann Brannigan-Sobon,    2219 Fuller Street,    Philadelphia, PA 19152-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates,
               Series 2006-WMC1 bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann  Brannigan-Sobon robert@bravermanlaw.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:          :     CHAPTER 13

BETHANN BRANNIGAN-SOBON,    :     CASE #18-13855/MDC

    Debtor.                :     Hearing Date: 03/21/2019 @ 11:00 am

**ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, BETHANN BRANNIGAN-SOBON, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this 21st day of March, 2019 ORDERED that debtor's Modified Chapter 13 Plan is hereby approved.

_____
HONORABLE MAGDELINE D. COLEMAN, USBJ