United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13855-mdc
Bethann Brannigan-Sobon                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Mar 25, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db              +Bethann Brannigan-Sobon,    2219 Fuller Street,    Philadelphia, PA 19152-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
          JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates,
           Series 2006-WMC1 bkgroup@kmllawgroup.com
          ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann  Brannigan-Sobon robert@bravermanlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #18-13855/MDC |
| Debtor. | : | **ORDER GRANTING ALLOWANCES** |

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __25th__ day of __March__, 2019 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtor, in the amount of $3,500.00 in compensation ($1,500.00 previously received and $2,000.00 paid through the Chapter 13 Plan) be and is hereby allowed.

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN, USBJ