# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-13855-MDC

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  BETHANN BRANNIGAN-SOBON

  2219 FULLER STREET

  PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

  ROBERT N BRAVERMAN
  LAW OFFICE OF ROBERT BRAVERMAN
  1060 N. KINGS HIGHWAY SUITE 333
  CHERRY HILL, NJ 08034-

Date: 4/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee