# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-13855-MDC

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1060 N. KINGS HIGHWAY SUITE 333
CHERRY HILL, NJ 08034-

Date: 7/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee