# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-13855-MDC

BETHANN  BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BETHANN  BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

ROBERT N BRAVERMAN, ESQ
MCDOWELL LAW PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08002-

/S/ William C. Miller

Date: 9/29/2021

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee