# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13855-MDC

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN, ESQ
    MCDOWELL LAW PC
    46 WEST MAIN STREET
    MAPLE SHADE, NJ 08002-

Date: 1/24/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee