United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13855-mdc

Bethann Brannigan-Sobon  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Mar 03, 2022   Form ID: pdf900   Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bethann Brannigan-Sobon, 2219 Fuller Street, Philadelphia, PA 19152-2805 |
| 14119978 | + | ATI Physical Therapy, 1100 S Christopher Columbus Blvd, #25, Philadelphia, PA 19147-5513 |
| 14119980 | + | Citizens/Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14119981 | | City of Phila./Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14119984 | | Matthew Sobon, 2219 Fuller Street, Philadelphia, PA 19152-2805 |
| 14119985 | | Open MRI, Linda Ciocco, Billing Administrator, 7713 Crittenden Street, Philadelphia, PA 19118 |
| 14119988 | + | Philadelphia Gas Works, 800 Montgomery Avenue, 3rd Floor, Attn: Bankruptcy Department, Philadelphia, PA 19122-2898 |
| 14119989 | + | Police and Fire Federal Credit Union, Anthony Furia, Senior Collector, 901 Arch St, Philadelphia, PA 19107-2404 |
| 14171355 | | Police and Fire Federal Credit Union, 901 Arch Street, Bensalem, Pa. 19020 |
| 14171356 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 14119992 | + | Select Portfolio Servicing, c/o Rebecca A. Solarz, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14119991 | + | Select Portfolio Servicing, Inc, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14182523 | | U.S. Bank N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14119993 | + | US Bank/JP Morgan Chase, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14119994 | + | Wells Fargo Card Services, c/o Janet Ivers, Collections Manager, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14119982 | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, Law Department - Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14236170 | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14119979 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | CitiFinancial, c/o Midland Credit Management, Inc, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14119983 | + | Email/Text: bankruptcy@philapark.org | Mar 03 2022 23:50:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14170203 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 00:00:03 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, |

Case 18-13855-mdc    Doc 84    Filed 03/05/22    Entered 03/06/22 00:28:56    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0587 |
| 14119986 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 03 2022 23:50:00 | PECO Energy Co., PO Box 13439, Philadelphia, PA 19101-3439 |
| 14183053 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 03 2022 23:50:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14177000 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14119990 | *+ | Police and Fire Federal Credit Union, Anthony Furia, Senior Collector, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14119987 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 14166740 | ##+ | Robert N. Braverman, Esquire, Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JIM PEAVLER | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Bethann Brannigan-Sobon rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Mar 03, 2022 Form ID: pdf900 Total Noticed: 25
TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
BETHANN BRANNIGAN-SOBON

Chapter 13

Debtor

Bankruptcy No. 18-13855-MDC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: March 3, 2022

Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ROBERT N BRAVERMAN, ESQ  
MCDOWELL LAW PC  
46 WEST MAIN STREET  
MAPLE SHADE, NJ 08002-

Debtor:  
BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152